# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK WAYNE ROEBUCK,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 17-296-CG-B |
| **HIGHMARK, INC.,** | ) |
| Defendant. | ) |

## ORDER

Counsel for the parties notified the Court that this action has settled. Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this 16th day of October, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE